JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH KRASNOVE, | Case No. CV 16-2200-GW(KSx) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MARIA CAMELLO, individually, JOVITA HERNANDEZ, individually, AMERICAN FIRST ASSET RECOVERY SERVIC, Inc., CITY OF SIGNAL HILL, MICHAEL LANGSTON Chief of Police, SGT. RICARDO OLIVEROS, #40122, individually, Officer JERRY MALDONADO #40217, individually, DOES 1-10, inclusive, | |
| Defendants. | |

GOOD CAUSE APPEARING from the stipulation of the parties for dismissal of this action, this entire action, against all served and unserved defendants, is ordered dismissed with prejudice, each party to bear their own costs and attorney's fees.  IT IS SO ORDERED.

Dated: December 13, 2016

_____
GEORGE H. WU
United States District Judge

1
ORDER OF DISMISSAL